# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



LET'S GEL, INC.,                              )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )   Civil Action No.
                                             )
WENCO, L.L.C.,                               )
                                             )   Demand for Jury Trial
                Defendant.                   )
                                             )
                                             )
                                             )

## LET'S GEL, INC.'S ORIGINAL COMPLAINT

Plaintiff Let's Gel, Inc. ("Let's Gel" or "Plaintiff") brings this action for patent infringement against Defendant Wenco, L.L.C. ("Wenco" or "Defendant"). Plaintiff alleges for its Complaint as follows:

## NATURE OF THE ACTION

1.      This is a civil action for patent infringement under the patent laws of the United States, Title 35, United States Code. This action arises out of Defendant Wenco's infringement of U.S. Patent Nos. 6,851,141 ("the '141 Patent") and 7,754,127 ("the '127 Patent") (collectively "the Patents-in-Suit").

## THE PARTIES

2.      Plaintiff Let's Gel is a Texas corporation with its principal place of business at 13809 Research Blvd., Suite 1000, Austin, Texas 78750. Let's Gel is in the business of developing, manufacturing, and bringing innovative products and technologies to market,

primarily in specialty-driven markets including home products. Let's Gel produces its innovative GelPro® floor mats in Texas. Let's Gel's revolutionary designs and quality domestic manufacturing more than separate its GelPro® mats from other floor mat products on the market.

3.     Upon information and belief, Defendant Wenco is a New York Limited Liability Company with its principal place of business at 70 E. 77th Street, New York, New York 10021. Upon information and belief, Wenco does business under the name, Silvermark.


## JURISDICTION AND VENUE

4.     This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.* This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over Wenco because, among other things, Wenco is a New York Limited Liability Company. By virtue of its incorporation under New York law, Wenco has submitted itself to personal jurisdiction in the Courts of New York.

6.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and 1400(b).


## BACKGROUND

7.     Let's Gel's GelPro® anti-fatigue floor mat is manufactured with a soft, shock-absorbing gel core. The unique properties of the GelPro® gel enable GelPro® mats to provide the most comfortable surface upon which to stand.

8.     The '141 Patent, entitled "Anti-Fatigue Mat," was duly and legally issued by the United States Patent and Trademark Office on February 8, 2005. The '141 Patent is owned by Let's Gel. The '141 Patent will expire on May 28, 2023. A true and correct copy of the '141 Patent is attached hereto as Exhibit 1.

2

9.     The '127 Patent, entitled "Method for Fabricating an Anti-Fatigue Mat," was duly and legally issued by the United States Patent and Trademark Office on July 13, 2010. The '127 Patent is owned by Let's Gel.  The '127 Patent will expire on September 30, 2026.  A true and correct copy of the '127 Patent is attached hereto as Exhibit 2.

10.    Let's Gel has sold GelPro® anti-fatigue floor mats that were covered by one or more claims of the '141 Patent.  GelPro® anti-fatigue floor mats have been and continue to be manufactured according to the method recited by one or more claims of the '127 Patent.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 6,851,141

11.    Plaintiff realleges and incorporate by reference paragraphs 1-10 above.

12.    Let's Gel is the owner by assignment of the '141 Patent and has the right to sue for infringement thereof.

13.    Upon information and belief, Wenco imports into the United States, offers for sale and sells throughout the United States a gel-filled anti-fatigue mat called Fat Mat.

14.    Wenco's importation, offer for sale, and sale of its Fat Mat gel-filled anti-fatigue mat before the expiration of the '141 Patent constitute acts of infringement of one or more claims of the ' 141 Patent under 35 U.S.C. § 271.

15.    Wenco's Fat Mat gel-filled anti-fatigue mat, when offered for sale, sold, and/or imported, directly infringes one or more claims of the '141 Patent, including but not limited to claims 1- 3, 7-13 and 25 of the '141 Patent under 35 U.S.C. §§ 271(a), (b), and (c).

16.    Unless Wenco is enjoined from infringing the '141 Patent, Plaintiff will be substantially and irreparably harmed.  Plaintiff has no adequate remedy at law.

3

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 7,754,127

17.     Plaintiff realleges and incorporate by reference paragraphs 1-16 above.

18.     Let's Gel is the owner by assignment of the '127 Patent and has the right to sue for infringement thereof.

19.     Upon information and belief, Wenco imports into the United States, offers for sale and sells throughout the United States a gel-filled mat called Fat Mat.  Upon information and belief, the gel-filled mat called Fat Mat is made by a process that directly infringes one or more claims of the '127 Patent, including but not limited to claims 1, 2, 5-7, and 12-15 of the '127 Patent.

20.     Wenco's importation, offer for sale, and sale of its Fat Mat gel-filled anti-fatigue mat before the expiration of the '127 Patent constitute acts of infringement of one or more claims of the '127 Patent under 35 U.S.C. § 271.

21.     Wenco's Fat Mat gel-filled anti-fatigue mat, when manufactured, offered for sale, sold, and/or imported, directly infringes one or more claims of the '127 Patent, including but not limited to claims 1, 2, 5-7, and 12-15 of the '127 Patent under 35 U.S.C. §§ 271(a), (b), (c), and (g).

22.     Unless Wenco is enjoined from infringing the '127 Patent, Plaintiff will be substantially and irreparably harmed.  Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A.     A judgment that Wenco has infringed the '141 Patent in violation of 35 U.S.C. §§ 271(a), (b), and (c).

B.      A judgment that Wenco has infringed the '127 Patent in violation of 35 U.S.C. §§ 271(a), (b), (c), and (g).

C.      A preliminary and permanent injunction enjoining Wenco, and any affiliates, subsidiaries or persons within its control, from commercially manufacturing, using, offering for sale, or selling Wenco's Fat Mat gel-filled anti-fatigue mat within the United States, or importing Wenco's Fat Mat gel-filled anti-fatigue mat into the United States, until the expiration of the '141 Patent.

D.      A preliminary and permanent injunction enjoining Wenco, and any affiliates, subsidiaries or persons within its control, from commercially manufacturing, using, offering for sale, or selling Wenco's Fat Mat gel-filled anti-fatigue mat within the United States, or importing Wenco's Fat Mat gel-filled anti-fatigue mat into the United States, until the expiration of the '127 Patent.

E.      An award of damages or other relief to the extent Wenco has engaged or engages in the commercial manufacture, use, offer to sell, sale, marketing, distribution, and/or importation of Wenco's Fat Mat gel-filled anti-fatigue mat, or any product that infringes one or more claims of the '141 Patent, prior to the expiration of the '141 Patent.

F.      An award of damages or other relief to the extent Wenco has engaged or engages in the commercial manufacture, use, offer to sell, sale, marketing, distribution, and/or importation of Wenco's Fat Mat gel-filled anti-fatigue mat, or any product that infringes one or more claims of the '127 Patent, prior to the expiration of the '127 Patent.

G.      An award to Plaintiff of its costs and expenses in this action pursuant to 35 U.S.C. § 285.

H.      Such further and additional relief as this Court deems just and proper.

Respectfully submitted,

Dated:  February 25, 2011

Susan A. Kim
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  (212) 827-4088
Facsimile:  (212) 556-2222

R. William Beard, Jr.
Texas State Bar No. 00793318
(pro hac vice to be filed)
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, Texas  78701
Telephone:  (512) 457-2000
Facsimile:  (512) 457-2100

Attorneys for Plaintiff,
*Let's Gel, Inc.*

**EXHIBIT 1**

US006851141B2

(12) **United States Patent** (10) Patent No.: **US 6,851,141 B2**

McMahan (45) Date of Patent: **Feb. 8, 2005**

---

(54) **ANTI-FATIGUE MAT**

(76) Inventor: **Robert L. McMahan**, 1606 Buttercup Creek Blvd., Cedar Park, TX (US) 78613

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/447,048**

(22) Filed: **May 28, 2003**

(65) **Prior Publication Data**

US 2004/0237194 A1 Dec. 2, 2004

(51) **Int. Cl.**[7] ............................... **A47G 9/06**; B32B 3/06

(52) **U.S. Cl.** ................................ **5/420**; 5/417; 428/71; 428/76; 428/102; 428/193; 428/194

(58) **Field of Search** ........................ 5/417–420; 428/68, 428/71, 76, 102, 192–194

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,259,925 | A | * | 7/1966 | Tilles | 5/655.9 |
| 3,634,895 | A | * | 1/1972 | Childers | 5/420 |
| 4,450,193 | A | * | 5/1984 | Staebler | 428/71 |
| 4,574,101 | A | * | 3/1986 | Tricca et al. | 428/138 |
| 5,645,914 | A | * | 7/1997 | Horowitz | 428/81 |
| 6,324,710 | B1 | * | 12/2001 | Hernandez et al. | 5/630 |
| 6,568,005 | B2 | * | 5/2003 | Fleming et al. | 5/420 |
| 6,651,277 | B1 | * | 11/2003 | Marson | 5/420 |

OTHER PUBLICATIONS

Premo-Promos "Cyber Gel Mouse Pad"—Premo–Promos, LLC—(c) 2003.
Epinions—Revised—Fellowes gel rest & mouse pad–feels great—May 25, 2000 (updated Nov. 8, 2000).
Branders.com—Fun Mousepads (c) 2002.
Good Raise Chemical—Soft Mat (c) 1999–2004.
Lazy J Quarterhorses—Tenderfoot Stall Mats (c) 2002.

* cited by examiner

Primary Examiner—Teri Pham Luu
(74) Attorney, Agent, or Firm—Mark P. Kahler

(57) **ABSTRACT**

A resilient mat is disclosed which provides cushioning and comfort to users standing thereon or otherwise contacting the mat. The mat includes a resilient gel inner layer surrounded by a support ring to which an upper cover member and a lower cover member are attached. The support ring exhibits stiffness greater than the stiffness of the upper and lower cover members so that adherence of the upper and lower cover members to the support ring is enhanced even after prolonged use. The upper and lower cover members can exhibit the same or different colors in particular embodiments. The upper and lower cover members also can exhibit anti-slip properties in selected embodiments.

**25 Claims, 4 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

Case 1:11-cv-01327-MGC   Document 1   Filed 02/25/11   Page 12 of 51



FIG. 4

FIG. 5

US 6,851,141 B2

1

**ANTI-FATIGUE MAT**

BACKGROUND

The disclosures herein relate generally to mats and more particularly to resilient floor mats for reducing user fatigue.

Floor mats have been used for years to provide a cushion for the person standing on the mat. However, fatigue can still result when a person stands on a mat for an extended period of time. Persons who work standing up most of the day, such as cashiers, assembly line operators, people in home or commercial kitchens and many others still experience fatigue after standing on a conventional mat for long periods of time. Often floor mats are provided with non-slip surfaces to lessen slippage and to thus promote safety.

Mats of resilient foam are known to reduce user fatigue. Unfortunately however, foam mats have the disadvantage of becoming brittle over time. Conventional foam mats lose their properties as air cells in the mat compress. Also, conventional foam mats collect moisture over time. This condition can promote the growth of bacteria and fungus. These undesirable characteristics result in foam mats becoming unsuitable for use as they become older.

What is needed is a mat which reduces fatigue of users in both the commercial and consumer environment without exhibiting the undesirable properties discussed above.

SUMMARY

Accordingly, in one embodiment, an anti-fatigue mat is provided which includes a resilient gel layer exhibiting first and second major opposed surfaces and a peripheral edge. The mat also includes a first flexible cover member situated on the first major opposed surface of the resilient gel layer. The mat further includes a second flexible cover member situated on the second major opposed surface of the resilient gel layer. The second flexible cover member is attached to the first flexible cover member adjacent the peripheral edge. The second flexible cover member includes an external surface which exhibits anti-slip properties.

Another embodiment of the disclosed mat includes a resilient gel layer exhibiting first and second major opposed surfaces and a peripheral edge. The mat also includes a first flexible cover member situated on the first major opposed surface of the resilient gel layer. The first flexible cover member includes a first perimeter region. The mat further includes a second flexible cover member situated on the second major opposed surface of the resilient gel layer. The second flexible cover member includes a second perimeter region. The mat still further includes a support ring situated between the first and second perimeter regions adjacent the peripheral edge of the resilient gel layer to enhance adherence of the first and second flexible cover members together around the resilient gel layer thus enclosed.

A principal advantage of the embodiment disclosed herein is that user fatigue is significantly reduced.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top perspective view of the disclosed anti-fatigue mat.

FIG. 2 is a cross sectional view of the anti-fatigue mat of FIG. 1 taken along section line 2—2.

FIG. 3 is an alternative embodiment of the mat of FIG. 2.

FIG. 4 is another alternative embodiment of the mat of FIG. 2.

2

FIG. 5 is yet another alternative embodiment of the disclosed mat technology.

DETAILED DESCRIPTION

FIG. 1 shows one embodiment of the disclosed anti-fatigue mat as mat 10. Mat 10 includes an edge surface 15 which extends around the perimeter formed by sides 10A, 10B, 10C and 10D. In this particular implementation, mat 10 is rectangular. However, the disclosed mat can readily be adapted to other geometries such as square, circular and elliptical, for example.

To more clearly show the inner details of mat 10, FIG. 2 provides a cross section of the mat taken along section line 2—2 of FIG. 1. As seen in FIG. 2, mat 10 includes an inner layer 20 fabricated of resilient material, for example a viscoelastic polymer material such as a polyurethane-based gel or a silicon-based gel. A support ring 25 made of a stiff material is located adjacent peripheral edge 20A of resilient inner layer 20 as shown. Support ring 25 extends around the perimeter of mat 10 and stiffens the mat at its periphery as will be discussed in more detail later.

A cover member 30 is situated atop resilient inner layer 20 and a cover member 35 is situated below resilient inner layer 20 as shown. Cover members 30, 35 together with support ring 25 form the cover assembly 40 of mat 10. In this particular embodiment, cover members 30 and 35 each include 2 layers, namely an outer layer and an inner layer. More particularly, cover member 30 includes an outer layer 30A and an inner layer 30B. Likewise, cover member 35 includes an outer layer 35A and an inner layer 35B. Outer layers 30A and 35A are fabricated of a durable, flexible material such as vinyl or urethane. Outer layers 30A and 35A determine the outward cosmetic appearance of mat 10 in this particular embodiment. Inner layers 30B and 35B are fabricated of a flexible woven material such as polyester or cotton. The material selected for inner layers 30B and 35B includes spaces through which outer layers 30A and 35A flow when outer layers 30A and 35A are melted in a support ring 25 bonding process later described. In one embodiment, layers 30A and 30B are bonded to each other by adhesive such as methylene chloride or VHB therebetween to form cover member 30. (VHB is a trademark of 3M Corporation.) Similarly, layers 35A and 35B are adhesively held together to form cover member 35. Layers 30A and 30B can also be bonded together using radio frequency (RF) welding or ultrasonic bonding. Layers 35A and 35B can be likewise bonded.

Support ring 25, which extends around the perimeter of mat 10, provides an intermediate structure between cover member 30 and cover member 35 to which both cover members 30 and 35 are bonded, sealed or otherwise attached. Support ring 25 is situated between perimeter regions 32 and 37 which surround cover members 30 and 35, respectively. In one embodiment, support ring 25 exhibits a stiffness greater than the stiffness of covers 30 and 35. Support ring 25 is an intermediate structural member to which both cover members 30 and 35 are heat bonded or heat sealed together. In this manner, resilient inner layer 20 is held in position within mat 10. In one embodiment, support ring 25 is fabricated of vinyl. To seal the peripheral edges of covers 30 and 35 to support ring 25 therebetween, heat sealing or heat bonding is employed. In more, detail, the components of mat 10 are assembled in the positions indicated in FIG. 2. Then flange 45 and flange 50, adjacent perimeter regions 32 and 37 of cover members 30 and 35, respectively, are squeezed together by a press exerting a

3

pressure within the range of approximately 90 psi to approximately 100 psi while concurrently being heated to a temperature within the range of approximately 280 degrees F, to approximately 320 degrees F. The temperature and pressure may vary outside the prescribed ranges above depending on the particular materials selected for cover members 30 and 35 and support ring 25. The temperature should be sufficiently high that outer layer 30A and outer layer 35A will melt and flow through the woven inner layer 30B and 35B, respectively, to bond to support ring 25. Bonds are thus formed between cover members 30, 35 and support ring 25 to enhance the structural integrity of the resultant mat along its perimeter. Support ring 25 exhibits a geometry like that of the perimeter of mat 10. For example, if the geometry of mat 10 is rectangular, square, circular or elliptical, then the geometry of support ring 25 is likewise rectangular, square, circular or elliptical, respectively. It has found that by providing a support ring 25 as an intermediate stiffener structure between cover members 30, 35 the durability of mat 10 is enhanced. Support ring 25 has multiple advantages. It was found that if cover 30 is bonded directly to cover 35, an unevenness or waviness in the resultant structure can occur in the areas so bonded. Providing mat 10 with support ring 25 results in a smooth and even surface in the areas bonded. In one embodiment the color of cover 30 is different than the color of cover 35. In that embodiment it has been found that support ring 25 advantageously prevents color migration between cover 30 and cover 35. Moreover, support ring 25 improves adhesion between cover 30 and cover 35. It is also noted that support ring provides more structural integrity to mat 10 than if cover 30 were directly bonded to cover 35, although such an embodiment is contemplated as well. In such an alternative embodiment, flange 45 of cover member 30 is directly heat sealed, heat bonded or otherwise attached to flange 50 of cover member 35.

Cover member 30 includes an outer cover surface 55 while cover member 35 includes an outer cover surface 60. Outer surfaces 55 and 60 have the following characteristics in representative embodiments. One or both of external surfaces 55 and 60 can exhibit an anti-skid or anti-slide surface such as soft vinyl. One anti-slip surface is a textured or variegated surface which exhibits more friction than a smooth external surface. Outer surfaces 55 and 60 can exhibit the same color. Alternatively, outer surfaces 55 and 60 can exhibit different colors to provide an integral multi-color option feature.

While mat 10 of FIG. 2 includes outer surfaces 55 and 60 which themselves exhibit the color or texture properties described above, FIG. 3 shows an alternative embodiment, namely mat 100, in which outer cover surfaces 155 and 160 are adhesively permanently connected to, or removably connected to, outermost layers 165 and 170. In this embodiment, one or both of outermost layers 165 and 170 can exhibit an anti-skid surface such as discussed above. One or both of outermost layers 165 and 170 can exhibit the same color or different colors to provide an integral multi-color option feature. Outermost layers 165 and 170 are connected to outer surfaces 155 and 160 respectively, by respective connective layers 175 and 180, therebetween. In one embodiment, connective layers 175 and 180 are an adhesive such as double-sided tape with VHB adhesive so that outermost layers 165 and 170 are permanently connected to outer surfaces 155 and 160, respectively. In another embodiment, connective layers 175 and 180 are hook and loop fasteners such that outermost layers 165 and 170 are removably connected to outer surfaces 155 and 160,

4

respectively. In the latter embodiment, the user can readily select the desired color and anti-skid properties for outermost layers 165 and 170 of mat 100. If the mat is provided with outermost layer 165 exhibiting one color and outermost layer 170 exhibiting another color, then mat 100 is reversible in two senses, namely 1) you can turn the mat over to change colors, and 2) you can remove outermost layer 165 or outermost layer 170 and exchange it with another outermost layer exhibiting a different color or texture.

FIG. 4 depicts an alternative embodiment of the mat as mat 200 wherein the mat is circular or elliptical. Mat 200 has the same cross section as that depicted in FIG. 2.

FIG. 5 shows another alternative embodiment of the disclosed mat wherein the resilient inner layer is formed into two layers, namely a resilient upper layer 320A exhibiting a first density and a resilient lower layer 320B exhibiting a second density. Similar numbers are used to indicate like structures when comparing mat 300 of FIG. 5 with mat 10 of FIG. 2. Resilient layers 320A and 320B are formed from the same material employed for inner layer 20 of mat 10 in FIG. 2. The density of resilient upper layer 320A is selected to be less than the density of resilient lower layer 320B. Fabricating the inner resilient layer in this manner from two resilient layers 320A and 320B of different densities or resilience has the advantage of providing a mat which imparts a very soft feeling for a user standing on or otherwise contacting cover 30 which is atop resilient upper layer 320A. Advantageously, providing mat 10 with a higher density resilient lower layer 320B prevents the mat from "bottoming out" when a user stands on or otherwise contacts the mat.

When a user stands on mat 10, the user is provided with a comfortable feeling. Mat 10 is found to be especially comfortable when stood on for long periods of time. People experiencing pain when standing for long periods of time have been found to experience less pain when using the disclosed mat.

Although illustrative embodiments have been shown and described, a wide range of modification, change and substitution is contemplated in the foregoing disclosure and in some instances, some features of an embodiment may be employed without a corresponding use of other features. Accordingly, it is appropriate that the appended claims be construed broadly and in manner consistent with the scope of the embodiments disclosed herein.

What is claimed is:

1. An anti-fatigue mat comprising:
   a resilient gel layer exhibiting first and second major opposed surfaces and a peripheral edge;
   a first flexible cover member situated on the first major opposed surface of the resilient gel layer; and
   a second flexible cover member situated on the second major opposed surface of the resilient gel layer, the second flexible cover member being attached to the first flexible cover member adjacent the peripheral edge, the second flexible cover member including an external surface which exhibits anti-slip properties; and
   a support ring situated between the first and second flexible cover members adjacent the peripheral edge of the resilient gel layer.

2. The anti-fatigue mat of claim 1 wherein the support ring exhibits a stiffness greater than the stiffness of the first and second flexible cover members.

3. The anti-fatigue mat of claim 1 wherein the mat exhibits a rectangular geometry.

4. The anti-fatigue mat of claim 1 wherein the mat exhibits a square geometry.

US 6,851,141 B2

5

**5**. The anti-fatigue mat of claim **1** wherein the mat exhibits a circular geometry.

**6**. The anti-fatigue mat of claim **1** wherein the mat exhibits an elliptical geometry.

**7**. An anti-fatigue mat comprising:

a resilient gel layer exhibiting first and second major opposed surfaces and a peripheral edge;

a first flexible cover member situated on the first major opposed surface of the resilient gel layer, the first flexible cover member including a first perimeter region;

a second flexible cover member situated on the second major opposed surface of the resilient gel layer; the second flexible cover member including a second perimeter region; and

a support ring situated between the first and second perimeter regions adjacent the peripheral edge of the resilient gel layer.

**8**. The anti-fatigue mat of claim **7** wherein the first flexible cover member includes an outer cover surface exhibiting a first color.

**9**. The anti-fatigue mat of claim **7** wherein the second flexible cover member includes an outer cover surface exhibiting a second color.

**10**. The anti-fatigue mat of claim **7** wherein the first flexible cover member includes an outer cover surface exhibiting anti-slip properties.

**11**. The anti-fatigue mat of claim **7** wherein the second flexible cover member includes an outer cover surface exhibiting anti-slip properties.

**12**. The anti-fatigue mat of claim **7** wherein the support ring exhibits a stiffness greater than the stiffness of the first and second flexible cover members.

**13**. The anti-fatigue mat of claim **7** wherein the mat exhibits a rectangular geometry.

6

**14**. The anti-fatigue mat of claim **7** wherein the mat exhibits a square geometry.

**15**. The anti-fatigue mat of claim **7** wherein the mat exhibits a circular geometry.

**16**. The anti-fatigue mat of claim **7** wherein the mat exhibits an elliptical geometry.

**17**. The anti-fatigue mat of claim **7** wherein a first outermost layer is attached to the first flexible cover member.

**18**. The anti-fatigue mat of claim **17** wherein a second outermost layer is attached to the second flexible cover member.

**19**. The anti-fatigue mat of claim **18** wherein the first outermost layer is attached to the first flexible cover member by a first layer of adhesive therebetween.

**20**. The anti-fatigue mat of claim **19** wherein the second outermost layer is attached to the second flexible cover member by second layer of adhesive therebetween.

**21**. The anti-fatigue mat of claim **18** wherein the second outermost layer is attached to the second flexible cover member by hook and loop fasteners therebetween.

**22**. The anti-fatigue mat of claim **17** wherein the first outermost member exhibits a first color.

**23**. The anti-fatigue mat of claim **22** wherein the second outermost member exhibits a second color.

**24**. The anti-fatigue mat of claim **17** wherein the first outermost layer is attached to the first flexible cover member by hook and loop fasteners therebetween.

**25**. The anti-fatigue mat of claim **7** wherein the resilient gel layer includes a first resilient layer exhibiting a first density and a second resilient layer exhibiting a second density.

* * * * *

**EXHIBIT 2**

US007754127B2

## (12) United States Patent
McMahan

(10) **Patent No.:** **US 7,754,127 B2**
(45) **Date of Patent:** **Jul. 13, 2010**

(54) **METHOD FOR FABRICATING AN ANTI-FATIGUE MAT**

(75) Inventor: **Robert L. McMahan**, Cedar Park, TX (US)

(73) Assignee: **Let's Gel, Inc.**, Austin, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 537 days.

(21) Appl. No.: **11/537,648**

(22) Filed: **Sep. 30, 2006**

(65) **Prior Publication Data**

US 2008/0078028 A1      Apr. 3, 2008

(51) **Int. Cl.**
*B32B 37/00*       (2006.01)
*B29C 65/00*       (2006.01)

(52) **U.S. Cl.** ...................... **264/261**; 264/248; 264/299; 264/138; 156/292

(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,259,925 | A | 7/1966 | Tilles |
| 3,634,895 | A | 1/1972 | Childers |
| 3,996,326 | A * | 12/1976 | Schachet .................... 264/158 |
| 4,010,301 | A | 3/1977 | Anderson |
| 4,119,583 | A | 10/1978 | Filip |
| 4,450,193 | A | 5/1984 | Staebler |
| 4,574,101 | A | 3/1986 | Tricca |
| 4,843,666 | A | 7/1989 | Elesh |
| 4,913,755 | A * | 4/1990 | Grim ........................... 156/145 |
| 5,176,864 | A * | 1/1993 | Bates et al. ................. 264/137 |
| 5,645,914 | A | 7/1997 | Horowitz |
| 5,749,111 | A | 5/1998 | Pearce |
| 6,026,527 | A | 2/2000 | Pearce |
| 6,187,837 | B1 | 2/2001 | Pearce |
| 6,314,598 | B1 | 11/2001 | Yates |
| 6,324,710 | B1 | 12/2001 | Hernandez |
| 6,325,956 | B2 | 12/2001 | Chaudhary et al. |
| 6,371,430 | B1 * | 4/2002 | Vernackt ...................... 248/362 |
| 6,440,335 | B1 * | 8/2002 | Kingsbury et al. ........... 264/2.2 |
| 6,568,005 | B2 | 5/2003 | Fleming |
| 6,651,277 | B1 | 11/2003 | Marson |
| 6,681,416 | B1 | 1/2004 | Yang |
| 6,705,953 | B2 | 3/2004 | Haskins |

(Continued)

OTHER PUBLICATIONS

Premo-Promos "Cyber Gel Mouse Pad"—Premo-Promos, LLC—(c) 2003.

(Continued)

*Primary Examiner*—Christina Johnson
*Assistant Examiner*—Benjamin Schiffman
(74) *Attorney, Agent, or Firm*—Mark P Kahler

(57) **ABSTRACT**

A method and apparatus are disclosed for fabricating an anti-fatigue mat that employs a layer of resilient gel material. The method employs a frame assembly that receives a flexible sheet to form the base sheet of the mat. In one embodiment, the frame assembly includes a movable frame member having an angled aperture for controlling the geometry of the gel layer when heated gel is dispensed into the aperture. In one embodiment, the frame assembly receives another flexible sheet disposed on the gel layer to form the support sheet of the mat. In one embodiment, the frame assembly may further include a cooling channel for convective or liquid cooling of liquid gel dispensed into a gel receiving cavity formed by the aperture.

**22 Claims, 25 Drawing Sheets**



**US 7,754,127 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,851,141 B2 | 2/2005 | McMahan | |
| 6,893,600 B2 * | 5/2005 | Hughes et al. | .......... 264/328.7 |
| 6,991,842 B2 | 1/2006 | Hurwitz | |
| 7,056,564 B2 | 6/2006 | Sereboff | |
| 7,062,807 B2 | 6/2006 | Conforti | |
| 7,076,822 B2 | 7/2006 | Pearce | |
| 2004/0211005 A1 | 10/2004 | Kuo | |
| 2005/0273936 A1 | 12/2005 | Chul | |
| 2006/0156581 A1 | 7/2006 | Holden | |
| 2006/0213081 A1 | 9/2006 | Geer | |

| | | | |
|---|---|---|---|
| 2006/0253988 A1 * | 11/2006 | Pearce | ........................ 5/655.5 |
| 2008/0034614 A1 * | 2/2008 | Fox et al. | ........................ 36/43 |

OTHER PUBLICATIONS

Epinions—Revised—Fellowes gel rest & mouse pad-feels great—May 25, 2000 (updated Nov. 8, 2000).
Branders.com—Fun Mousepads (c) 2002.
Good Raise Chemical—Soft Mat (c) 1999-2004.
Lazy J Quarterhorses—Tenderfoot Stall Mats (c) 2002.

* cited by examiner

FIG. 1

100



Case 1:11-cv-01327-MGC   Document 1   Filed 02/25/11   Page 20 of 51

FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG.7

<u>700</u>



FIG. 8

<u>700</u>



FIG. 9



Case 1:11-cv-01327-MGC   Document 1   Filed 02/25/11   Page 26 of 51

**FIG. 10**                                                        100



FIG. 11



FIG. 12



FIG. 13

Case 1:11-cv-01327-MGC   Document 1   Filed 02/25/11   Page 30 of 51

FIG. 14



FIG. 15



FIG. 16A

1500



705

920

1505C

205A

1505A

205A

205

FIG. 16B



705

920

205A

205A

205



FIG. 17A

FIG. 17B



FIG. 18A

FIG. 18B



FIG. 19A

1905

19B

1900

1915A
1915
1915B

1700

1500

19B

FIG. 19B

1905

1910

1705

1900

1700

1505C



FIG. 20

2000

1915

FIG. 21

2105

RF WELDING
STATION

FIG. 22

CUTTING STATION — 2205

FIG. 23



2300

24A

24A

1915A
1915

Case 1:11-cv-01327-MGC   Document 1   Filed 02/25/11   Page 38 of 51

FIG. 24A



FIG. 24B



# FIG. 25



FIG. 26A



FIG. 26B



FIG. 26C



FIG. 27A



FIG. 27B



FIG. 27C



Case 1:11-cv-01327-MGC   Document 1   Filed 02/25/11   Page 42 of 51

FIG. 27D



FIG. 27E



Case 1:11-cv-01327-MGC   Document 1   Filed 02/25/11   Page 43 of 51

FIG. 27F



US 7,754,127 B2

**1**

## METHOD FOR FABRICATING AN ANTI-FATIGUE MAT

### TECHNICAL FIELD OF THE INVENTION

The disclosures herein relate generally to mats and more particularly to methodology and apparatus for manufacturing resilient floor mats for reducing user fatigue.

### BACKGROUND

Floor mats have been used for years to provide a cushion for the person standing on the mat. However, fatigue can still result when a person stands on a mat for an extended period of time. Persons who work standing up most of the day, such as cashiers, assembly line operators, people in home or commercial kitchens and many others still experience fatigue after standing on a conventional mat for long periods of time. Often floor mats are provided with non-slip surfaces to lessen slippage and to thus promote safety.

Mats of resilient foam are known to reduce user fatigue. Unfortunately however, foam mats have the disadvantage of becoming brittle over time. Conventional foam mats lose their properties as air cells in the mat compress. Moreover, conventional foam mats collect moisture over time. This condition can promote the growth of bacteria and fungus. These undesirable characteristics result in foam mats becoming unsuitable for use as they become older.

A mat containing gel sandwiched between various cover layers may address these problems. For example, my U.S. Pat. No. 6,851,141 discloses a resilient mat, one embodiment of which includes a resilient gel inner layer surrounded by a support ring to which an upper cover member and a lower cover member are attached. However, manufacturing such gel-based mats can be difficult. For example, difficulties can be encountered in adhering the upper cover member to the lower cover member. Moreover, undesired wrinkling of the cover members may also be experienced during the manufacture of a gel-based mat. Undesired wrinkling or creasing may also occur when a gel-based mat is stored for shipping in a rolled-up position for an extended period of time and then later unrolled by the user prior to use.

What is needed is a method of manufacturing a gel-based mat that addresses one or more of the above described problems.

### SUMMARY

Accordingly, in one embodiment, a method is disclosed for fabricating an anti-fatigue mat. The method includes positioning a first flexible sheet on a first frame member. The method also includes positioning a second frame member on the first flexible sheet, the second frame member including an aperture configured to accept liquid gel therein. The method still further includes dispensing liquid gel into the aperture in the second frame member so that the gel covers substantially all of a surface of the first flexible sheet exposed by the aperture. The method also includes positioning a second flexible sheet on the second frame member and covering the liquid gel.

In another embodiment, another method of fabricating an anti-fatigue mat is disclosed. The method includes positioning a first flexible sheet on a first frame member. The method also includes positioning a second frame member on the first flexible sheet, the second frame member including an aperture configured to accept liquid gel therein. The method further includes dispensing the liquid gel into the aperture in the

**2**

second frame member to form a gel layer that the gel covers a surface of the first flexible sheet exposed by the aperture. The method still further includes positioning a flexible buffer sheet covering the gel layer in the aperture. The method also includes positioning a second flexible sheet on the second frame member and covering the flexible buffer sheet.

In another embodiment, an anti-fatigue mat is disclosed. The disclosed mat includes a first flexible sheet and a resilient gel layer situated on the first flexible sheet. The mat also includes a flexible buffer sheet situated on the resilient gel layer. The flexible buffer sheet adheres to the resilient gel layer. The mat further includes a second flexible sheet situated on the flexible buffer sheet, the flexible buffer sheet being moveable with respect to the second flexible sheet. The first flexible sheet is attached to the second flexible sheet adjacent an outer edge of the first flexible sheet and an outer edge of the second flexible sheet.

In another embodiment, a frame assembly for manufacturing an anti-fatigue mat is disclosed. The frame assembly includes a first frame member including first and second opposed surfaces. The frame assembly also includes a second frame member situated on the first surface of the first frame member. The second frame member includes an aperture configured to receive liquid gel therein. The frame assembly further includes a coupling between the first frame member and the second frame member that allows the second frame member to open to receive a first flexible sheet between the first frame member and the second frame member. The coupling allows the second frame member to close to retain the first flexible sheet. In one embodiment, at least one cooling channel is situated adjacent the second surface of the first frame member.

### BRIEF DESCRIPTION OF THE DRAWINGS

The appended drawings illustrate only exemplary embodiments of the invention and therefore do not limit its scope, because the inventive concepts lend themselves to other equally effective embodiments.

FIG. **1** shows a portion of a frame assembly used to fabricate an anti-fatigue mat.

FIG. **2** shows a portion of the frame assembly with a sheet member in position thereon.

FIG. **3** shows a complete frame assembly.

FIG. **4** is cross section of the frame assembly of FIG. **3** taken along section line **4-4**.

FIG. **5** is a cross section of the frame assembly of FIG. **3** taken along section line **5-5**.

FIG. **6** shows the frame assembly of FIG. **3** at a gel dispensing station.

FIG. **7** shows the frame assembly of FIG. **6** at a gel dispensing station taken along section line **7-7**.

FIG. **8** shows the frame assembly of FIG. **6** at a gel dispensing station taken along section line **8-8**.

FIG. **9** shows a vacuum press station for positioning a flexible sheet on a gel layer in the frame assembly.

FIG. **10** shows the vacuum press station of FIG. **9** after the vacuum press picks up the flexible sheet.

FIG. **11** shows the vacuum press station of FIG. **9** prior to placement of the flexible sheet on the gel layer.

FIG. **12** shows the vacuum press station of FIG. **9** after the head is closed to deposit a flexible sheet on the gel layer in the frame assembly.

FIG. **13** shows the vacuum press station of FIG. **9** when the head is reopened after the deposit of a flexible sheet on the gel layer in the frame assembly.

3

FIG. **14** shows a pre-cooler and main cooler employed in the assembly line used to fabricate a mat using the disclosed methodology.

FIG. **15** shows the uncut mat after removal from the frame assembly.

FIG. **16**A is a cross section of the uncut mat taken along section line **16**A-**16**A of FIG. **15** in an embodiment that employs a vinyl strip to promote the adherence of the sheets forming the mat together.

FIG. **16**B is a cross section of the uncut mat taken along section line **16**A-**16**A of FIG. **15** in an embodiment that employs a direct RF weld to connect the sheets forming the mat together.

FIG. **17**A is a perspective view of a lower jig used to retain the uncut mat.

FIG. **17**B is a cross section of the lower jig of FIG. **17**A taken along section line **17**B-**17**B that includes a corresponding cross section of the uncut mat that is about to be placed therein.

FIG. **18**A is a perspective view of the lower jig with the uncut mat therein shown with a flexible sheet thereon.

FIG. **18**B is a cross section of the uncut mat and lower jig taken along section line **18**B-**18**B of FIG. **18**A.

FIG. **19**A is a perspective view of the complete jig with the uncut mat therein.

FIG. **19**B is a cross section of the complete jig and uncut mat taken along section line **19**B-**19**B of FIG. **19**A.

FIG. **20** is a perspective view of the uncut mat after RF welding and removal from the complete jig.

FIG. **21** is a representation of the RF welding station used to create the RF weld of FIG. **20**.

FIG. **22** is a representation of a cutting station used in the assembly line to fabricate the mat.

FIG. **23** is a perspective view of the mat after cutting the mat at its periphery to remove excess material.

FIG. **24**A is a cross section of the trimmed or cut mat of FIG. **23** taken along section line **24**A-**24**A showing a vinyl layer used to promote connection between the sheets of the mat.

FIG. **24**B is a cross section of the trimmed or cut mat of FIG. **23** taken along section line **24**A-**24**A wherein the sheets of the mat are directly connected together without an intervening vinyl strip.

FIG. **25** is a flowchart describing representative steps employed in the disclosed mat fabrication methodology.

FIG. **26**A is a cross section of the completed mat showing a layer near the peripheral edge of the sheets of the mat to promote coupling of the sheets together adjacent the peripheral edge.

FIG. **26**B is a cross section of the completed mat showing the peripheral edges of the sheet of the mat directly connected to one another.

FIG. **26**C is a cross section of the completed mat in the normal use position.

FIG. **27**A is a cross section of another embodiment of the disclosed mat that employs an intermediate buffer sheet or layer.

FIG. **27**B is a cross section of the mat of FIG. **27**A together with a cold plate for removing heat during mat fabrication.

FIG. **27**C is a cross section of the mat of FIG. **27**A ready for RF welding.

FIG. **27**D is a cross section of the mat of FIG. **27**A ready for stitching at its peripheral edge.

FIG. **27**E is a cross section of the mat of FIG. **27**C shown in a lower jig of an RF welder.

4

FIG. **27**F is a cross section of the mat of FIG. **27**E shown position in an RF welder including both a lower jig and an upper jig.

DETAILED DESCRIPTION

FIG. **1** shows a portion of a frame assembly **100** that the disclosed methodology employs to fabricate a mat filled with resilient material. In one embodiment, the resilient material is a viscoelastic polymer material such as a synthetic rubber-based gel, a polyurethane-based gel or a silicon-based gel. Frame assembly **100** includes a base frame member **105** that is fabricated of metal such as aluminum for example. Frame assembly **100** also includes a central frame member **110** that is spaced apart from base frame member **105** by spacers **115**. In one embodiment, spacers **115** are fabricated of Teflon™ material. (Teflon is a trademark of DuPont.) Spacers **115** space base frame member **105** and central frame member **110** sufficiently far apart to allow cooling air to flow in the space or channel between these members. In this manner, convective cooling may be provided to a mat fabricated in the frame assembly as later described in more detail. Other cooling apparatus such as liquid cooling apparatus may be used in place of the convective cooling apparatus described above.

Central frame member **110** includes registration marks **120** that are used to register a support sheet in a step of the disclosed method. More particularly, turning to FIG. **2**, a flexible support sheet **205** is registered or aligned with registration marks **120** as shown. In one embodiment, the support sheet **205** forms the side of the mat that faces the user while in use on a floor or other surface. The support sheet **205** contrasts with the base sheet of the mat (not shown in this view), namely the opposite side of the mat which faces the floor or other surface while the mat is in use. In this particular embodiment of the disclosed method, the mat is fabricated in an inverted orientation, namely with the support sheet **205** being placed lowermost in assembly **100** and the base sheet being placed uppermost in the assembly as shown below. However, this order may be reversed if desired.

Assembly **100** also includes an aperture frame member **210** having an aperture **215** therein. Aperture frame member **210** is mechanically rotatably coupled to central frame member **110** by a hinge **220** as shown. FIG. **2** shows assembly **100** in the open position with support sheet **205** registered in position on central frame member **110**. Once support sheet **205** is so registered, aperture frame member **210** is rotated from the open position to the closed position in the direction indicated by arrow **225**. Aperture frame member **210** includes screw holes **230**A that align with threaded screw holes **230**B in central frame member **110** when the aperture frame member **210** is closed. The aperture **215** typically exhibits the same geometry as the desired geometry of the mat being fabricated. In other words, if a rectangular, square, circular or elliptical mat is being fabricated, then aperture **215** exhibits a rectangular, square, circular or elliptical geometry, respectively. The frame members **105**,**110** and **210** may also exhibit the same geometry as aperture **215** although such structures are larger than aperture **215**. While in one embodiment, frame members **105**, **110** and **210** are fabricated of aluminum, it is also possible to fabricate the frame members from silicon, steel and other durable materials.

FIG. **3** shows a frame/mat structure **300** that includes frame assembly **100** in the closed position with support sheet **205** retained therein. With frame assembly **100** so closed, holes **230**A align with screw holes **230**B. Screws **305** are placed in holes **230**A and threaded into corresponding threaded holes **230**B. Screws **305** are tightened into threaded holes **230**B

5       6

until frame assembly **100** snugly holds support sheet **205** in place. In one embodiment, the four inner edges **210**A, **210**B, **210**C and **210**D of aperture frame member **210** are angled inward to provide a non-trip feature to the manufactured mat as described below in more detail. In this particular example, an angle of 45 degrees is used for inner edges **210**A, **210**B, **210**C and **210**D with respect to the major plane of aperture frame member **210**. Angles smaller or larger than 45 degrees may also be used depending on the particular application. Frame assembly **100** together with support sheet **205** forms a gel-receiving cavity **310** as described in more detail below.

FIG. **4** is a cross section of the frame/mat structure **300** of FIG. **3** taken along section line **4-4**. FIG. **4** shows gel-receiving cavity **310** prior to injection of liquid gel therein. FIG. **5** is another cross section of frame/mat structure **300** of FIG. **3** except taken along section line **5-5**.

FIG. **6** shows a work station **600** as a portion of an assembly line **602** in which a mat is fabricated according to the disclosed methodology. The particular view of workstation **600** shown in FIG. **6** shows frame/mat structure **300** prior to dispensing gel into the gel receiving cavity **310**. Workstation **600** includes a conveyer belt **605** upon which frame/mat structure **300** is situated before liquid gel is dispensed therein. In one embodiment, gel is supplied to a heater **610** that heats the gel to a temperature at which the gel melts and becomes liquid, for example approximately 410° F. In one embodiment. It may also be possible to supply liquid gel to gel receiving cavity **310** without heating the gel if the gel is liquid at ambient or room temperature, for example approximately 75° in one embodiment. In such an embodiment the gel would be designed to cure over time into a gel layer exhibiting a desired durometer or softness. A hose **615** supplies liquid gel from heater **610** to a dispenser head **620** that is situated above conveyer belt **605** on assembly line **602**. To fill cavity **310** with liquid gel, a controller (not shown) instructs conveyer belt **605** to move in the direction indicated by arrows **625**. As cavity **310** passes below dispenser head **620**, dispenser head **620** dispenses heated liquid gel into cavity **620** so that cavity **620** is filled with gel before frame/mat structure **300** exits dispenser head **620**. The controller (not shown) may be programmed to instruct dispenser head **620** to commence dispensing gel when cavity **310** starts to pass below dispensing head **620** and to cease dispensing gel slightly before cavity **310** exits dispensing head **620**.

FIG. **7** shows a cross section of frame/mat structure **300** taken along section line **7-7** of FIG. **6** after liquid gel **705** is dispensed into cavity **310**. A crisscross hatching denotes gel **705** in cavity **310** in FIG. **7**. The outer edge **705**A of gel layer **705** exhibits an angle of 45 degrees to provide the anti-trip feature mentioned above. As mentioned above, other angles may also produce acceptable results. FIG. **8** shows a similar cross section of frame/mat structure **300** except this cross section is taken along a different section line **8-8** of FIG. **6**.

FIG. **9** shows a perspective view of another portion of the assembly line **602** including a pressing station **905**. This view illustrates pressing station **905** prior to the arrival of sheet/mat structure **300** so that the preparation of a flexible base sheet **920** may be shown. Pressing station **905** includes a registration panel **910** fabricated from a solid material such as wood or metal. Registration panel **910** rotates or swings from side to side about a pivot **915**. An operator or automated equipment places and aligns a base sheet **920** between registration marks **925**. In one embodiment, when fabrication of the mat is complete, base sheet **920** becomes the surface of the mat that faces the floor or other surface on which the mat is used. In one embodiment, base sheet **920** is actually placed on registration panel **910** when registration panel **910** is swung into

position on a worktable **930**. Then when registration of base sheet **920** between registration marks **925** is complete, panel **910** is swung from its position atop worktable **930** to a location under vacuum press **935** as shown in FIG. **9**.

Press **935** includes a head **940** with a flat surface **940**A that is capable of holding a sheet of material such as base sheet **920** thereto under vacuum. A vacuum hose **945** connects to press **935** to provide partial vacuum to head **940**. When the registered base sheet **920** is in position below press head **940** as shown in FIG. **9**, an operator or automated controller rotates press head **940** downward as indicated by arrow **950** until the press head contacts base sheet **920**. Base sheet **920** is then held to press head **940** by the partial vacuum.

FIG. **10** shows that base sheet **920** adheres to press head **940** via vacuum action when press **920** is opened as indicated by the direction of arrow **955**. With base sheet **920** so positioned on press head **940**, registration panel **910** is rotated or otherwise moved to table **930** to leave press station **905** clear to receive frame assembly **700**. FIG. **10** shows registration panel **910** prior to being moved to table **930**.

FIG. **11** shows frame/mat structure **300** after being moved into position below press head **940** on assembly line **602**. Frame/mat structure **300** is filled with liquid gel as depicted in FIGS. **7** and **8**. With frame/mat structure **300** and base sheet **920** so positioned, an operator or programmable controller closes press head **940** onto frame/mat structure **300** as shown in FIG. **12**. To assure that air bubbles are not trapped in the liquid gel, when press head **940** is closed an operator or programmable controller first applies pressure to one end **940**B of press head **940** and then continues applying pressure across press head **940** until ending with the application of pressure at end **940**C. Press **935** is configured such that press head **940** holds base sheet **920** (not visible in FIG. **12**) in registration with support sheet **205** (also not visible in FIG. **12**). In other words, press head **935** assures that base sheet **920** aligns with support sheet **205** when press head **935** deposits base sheet **920** on frame/mat structure **300**.

FIG. **13** shows press **935** after it has been opened to reveal the frame/mat structure **1300** formed by base sheet **920** and frame/mat structure **300** on which base sheet **920** now rests. Gel layer **705** is shown in dotted lines to indicate that gel layer **705** is below base sheet **920** in this particular view. As seen in FIG. **13**, base sheet **920** overlaps the edges of gel layer **705** to provide a margin which will be attached to a similar margin of support sheet **205**. Press **935** thus functions to place base sheet **920** on gel layer **705** and support sheet **205** therebelow in a vertically aligned manner. Instead of using press **935** for this purpose, it may also be possible to employ a roller to roll on a sheet such as sheet **920**.

Returning to FIG. **10**, it is seen that a pre-cooler **1305** is the next work station of the assembly line **602** after pressing station **905**. After press **935** presses base sheet **920** to frame/mat structure **300** to form frame/mat structure **1300**, frame/mat structure **1300** moves down the assembly line and enters pre-cooler **1305**. In one embodiment, pre-cooler **1305** chills assembly **1300** at an air temperature of approximately 50° F. for approximately 3 minutes. Different temperatures and times can be used depending upon the particular application.

FIG. **14** shows frame/mat structure **1300** after an operator or programmed controller moves frame/mat structure **1300** down the assembly line **602** from pre-cooler **1305** to a position under a main cooler **1405** that acts as a main cooling station in the line. In one embodiment, main cooler **1405** includes a pneumatic driven press plate **1410**. A coolant receiving vessel or chamber **1415** is situated on press plate **1410**. In one embodiment, chamber **1415** is filled with ice to maintain the temperature of the press plate at 32 degrees F. In

US 7,754,127 B2

7
8

another embodiment, chamber **1415** is replaced with coolant carrying pipes in which a liquid such as alcohol flows to maintain the temperature of press plate **1410** at temperatures lower than 32 degrees F.

Before frame/mat structure **1300** enters main cooler **1405**, a controller **1420** instructs press plate **1410** to raise up a sufficient vertical distance to allow frame/mat structure **1300** to enter the space under press plate **1410**. With frame/mat structure **1300** so positioned under main cooler **1405**, controller **1420** instructs press plate **1410** to move downward to apply cooling pressure to frame/mat structure **1300**. In a manner similar to that discussed with reference to FIG. **12**, press plate **1410** first applies pressure to assembly **1300** at plate end **1410**A and then continues to apply pressure along press plate **1410** along its length until pressure is applied at plate end **1410**B. In one embodiment, frame/mat structure **1300** remains in main cooler **1405** for approximately 2 minutes. Frame/mat structure **1300** may remain in main cooler **1405** for less or more time depending upon the particular application.

Frame/mat structure **1300** next exits main cooler **1405**. An operator or machine under program control removes screws **305** (shown above in FIG. **13**) from aperture frame member **210**. Aperture frame member **210** is then removed from the remainder of the assembly. This allows the uncut mat formed by support sheet **205**, gel layer **705** and base sheet **920** to be easily removed from central frame member **410**. As seen in FIG. **15**, since the mat is uncut around its peripheral edges **1500**A, **1500**B, **1500**C and **1500**D, the mat is referred to as uncut mat **1500** at this point in the fabrication process. The rightmost end of uncut mat **1500** is flared open to show gel layer **705** between support sheet **205** and base sheet **920**. It is noted that the mat is still inverted at this point in the fabrication process with support sheet **205** on the bottom and base sheet **920** on top.

As part of the process for completing uncut mat **1500**, support sheet **205** and base sheet **920** are connected to one another along the 4 edges **1500**A, **1500**B, **1500**C and **1500**D. In one embodiment, wherein both support sheet **205** and base sheet **920** are fabricated from a resilient material such as vinyl, 4 strips of like material, namely vinyl in this case, are positioned around the periphery of uncut mat **1500**. FIG. **15** shows these 4 strips as vinyl strips **1505**A, **1505**B, **1505**C and **1505**D which are respectively positioned adjacent edges **1500**A, **1500**B, **1500**C and **1500**D as shown. These vinyl strips are positioned between support sheet **205** and base sheet **920** to facilitate the adherence of support sheet **205** to base sheet **920** along the edges of the mat. The vinyl strips **1500**A-**1500**D may be manually positioned at the locations shown in FIG. **15**. Alternatively, support sheet **205** may be prefabricated with the vinyl strips already present thereon prior to beginning the fabrication process. In yet another embodiment, base sheet **920** may be prefabricated with the vinyl strips already present thereon prior to the start of the mat fabrication process. In one embodiment, support sheet **205** includes a decorative feature to improve the appearance of the mat. For example, a synthetic leather material may be bonded to a fabric backing material to form flexible support sheet **205**. When the user stands on the mat, the support sheet **205** is oriented upward so that the decorative fabric is visible to the user. Support sheet **205** may thus provide a cosmetically appealing surface. Flexible base sheet **920** faces downward toward the floor or other usage surface. Base sheet **920** is intended to provide a high friction surface so that when placed on the floor, the mat is stable and does not slide during use. One material that may be employed for base sheet **920** is a high friction vinyl or urethane laminated to a fabric backing.

FIG. **16**A shows a cross section of uncut mat **1500** taken along section line **16**A-**16**A of FIG. **15**. Gel layer **705** is sandwiched between support sheet **205** and base sheet **920**. Vinyl strips **1505**C and **1505**A are also visible in the cross section of FIG. **16**A. In a subsequent process step, vinyl strips **1505**A-**1505**D will be melted by a radio frequency (RF) welder to cause support sheet **205** to bond with base sheet **920**. In another approach depicted in FIG. **16**B, the vinyl strips **1505**A-**1505**D are omitted so that peripheral edges of support sheet **205** directly contact the peripheral edges of base sheet **920** prior to placement in the RF welder. In this manner, support sheet **205** and base sheet **920** are directly RF welded together around their respective peripheral edges. In yet another embodiment, the vinyl strips **1505** are replaced with an adhesive, such as hot melt or Epoxy, that causes support sheet **205** to adhere to base sheet **920** around the periphery of uncut mat **1500**. (Epoxy is a trademark of The Dow Chemical Company.)

Returning now to FIG. **16**A, vinyl strips **1500**A-**1500**D are positioned as shown and described above. Uncut mat **1500** is next placed in a lower jig **1700** that is illustrated in FIG. **17**A. More particularly, after strip placement, uncut mat **1500** is positioned in lower jig **1700** as indicated in FIG. **17**B. FIG. **17**B is a cross section of lower jig **1700** and uncut mat **1500** as uncut mat **1500** is oriented for placement in lower jig **1700**. The cross section of lower jig **1700** depicted in FIG. **17**B is taken along section line **17**B-**17**B of FIG. **17**A. Lower jig **1700** exhibits geometry similar to the geometry of uncut mat **1500**. For example, if mat **1500** is rectangular, square, circular or elliptical, then lower jig **1700** is correspondingly rectangular, square, circular or elliptical. Lower jig **1700** includes a raised portion **1705** that acts as a funnel for RF energy when lower jig **1700** and uncut mat **1500** are later placed in the RF welder. FIG. **17**B shows uncut mat **1500** in the inverted position and positioned above lower jig **1700** immediately before uncut mat **1500** is placed in lower jig **1700**. It is noted that raised portions **1705** of lower jig **1700** include angled surfaces **1710** extending adjacent the inner perimeter of raised portions **1705**. Raised portions **1710** receive and mate with the angled surface of support sheet **205** as shown. Support sheet **205** follows the angled contours of gel layer **705** and angled surfaces **1710**.

FIG. **18**A shows uncut mat **1500** fully placed in lower jig **1700** prior to being moved into the RF welder. The raised portion **1705** of lower jig **1700** is shown in dotted lines below uncut mat **1500**. FIG. **18**B is a cross section of lower jig **1700** and uncut mat **1500** of FIG. **18**A taken along section line **18**B-**18**B.

FIG. **19**A shows an upper jig **1905** situated above lower jig **1700** and uncut mat **1500** to form a completed jig assembly **1900**. FIG. **19**B is a cross section of jig assembly **1900** of FIG. **19**A taken along section line **19**B-**19**B. Upper jig **1905** includes a raised portion **1910** that vertically aligns with raised portion **1705** of lower jig **1700**. With raised portions of upper jig **1905** and lower jig **1700** so aligned, assembly **1900** is placed in an RF welding chamber or station (not shown). When the RF welding station is activated, RF energy is directed between the raised portions **1910** of upper jig **1905** and the raised portions **1705** of lower jig **1700**, thus melting vinyl strips such as strip **1505**C seen in FIG. **19**B. This causes the edges of uncut mat **1500** to be welded together at welded region **1915** as seen in dotted line in FIG. **19**A. The inner boundary **1915**A and outer boundary **1915**B of welded region **1915** are indicated by the dotted lines. After completion of RF welding, upper jig **1905** is raised and the welded uncut mat is removed from lower jig **1700**. Alternatively, the edges of the uncut mat could be welded together without a jig or due by

9                                                                          10

using ultrasonic welding. Ultrasonic welding may be particularly applicable the larger the size of the mat becomes or for mats with irregular shapes.

FIG. **20** is a perspective view of the uncut mat after RF welding. Once RF welding is complete and removed from the jig, the uncut mat is designated as uncut mat **2000**. FIG. **20** shows the welded region **1915** in dotted lines extending around the peripheral edge of uncut mat **2000**. It is noted that in FIG. **20**, the mat is no longer in the inverted orientation, but rather is in the normal orientation ready for use. FIG. **21** is a representation of the RF welder unit or station **2105** in which uncut mat **1500** was welded to become uncut mat **2000**.

When RF welding is complete, uncut mat **2000** is moved to a cutting station **2205** shown in FIG. **22**. In one embodiment, a cut is made around the edge of uncut mat **2000** such that approximately ½ of the width of the welded region **1915** is removed. In other embodiments, more than or less than ½ the width of the welded region may be removed depending upon the particular application. FIG. **23** shows the resultant cut mat **2300**. The inner boundary **1915**A of welded region **1915** remains and is shown in dotted line.

FIG. **24**A shows a cross section of cut mat **2300** taken along section line **24**A-**24**A of FIG. **23**. More particularly, FIG. **24**A shows the embodiment wherein vinyl strip **1505** is situated adjacent gel layer **705** and between base sheet **920** and support sheet **205**. In the RF welding process, vinyl strip **1505** melts around the mat's periphery thus causing the edge of the base sheet **920** and support sheet **205** to adhere to one another. FIG. **24**B shows the same cross section of cut mat **2300** except in the embodiment wherein placement of vinyl strip **1505** is omitted such that base sheet **920** and support sheet **205** bond directly to one another when placed in the RF welder. In yet another embodiment, an adhesive such as hot melt or Epoxy may be substituted for the vinyl strip **1550** around the periphery of the mat and the RF welding operation may be omitted. In this embodiment, the adhesive seals base sheet **920** to support sheet **205** around the periphery of the mat.

FIG. **25** is a flowchart that shows one embodiment of the disclosed methodology for fabricating a resilient mat. In this particular embodiment, the mat is fabricated with an inverted orientation with the support sheet **205** (on which the user stands or otherwise contacts) on the bottom and the base sheet **920** (which faces the floor or other surface) on top in the frame assembly. However, in another embodiment, this order is reversed such that the mat is fabricated in a normal orientation with base sheet **920** on the bottom and the support sheet **205** on the top in the frame assembly.

Process flow commences with start block **2500**. The gel is prepared by heating gel to a temperature of approximately 380 degrees F. in one embodiment, as per block **2505**. More information regarding preparation of gel **705** is included below in the flowchart of FIG. **26**. The aperture frame member **210** is then opened either manually or by a process controller, as per block **2510**. An operator or process controller then registers support sheet **205** on central frame member **110**, as per block **2515**. Once support sheet **205** is registered, aperture frame member **210** is closed. Screws are then used to secure aperture frame member **210** to central frame member **110**, as per block **2520**. Liquid gel **705** is then dispensed into the gel receiving cavity **310** in the frame/mat structure formed by support sheet **205**, central frame member **110**, aperture frame member **210** and base frame member **105**, as per block **2525**.

The base sheet **920** is now prepared for positioning on gel layer **705**. Base sheet **920** is registered on registration panel **910**, as per block **2530**. The head **940** of vacuum press **935** then swings downward and contacts base sheet **920**. Vacuum

is then applied to head **940** such that head **940** captures base sheet **920** thereon in registered fashion, as per block **2535**. Head **940** with base sheet **920** thereon now swings upward to clear the workspace at vacuum press **935**, as per block **2540**. The assembly formed by base frame member **105**, central frame member **110**, spacers **115**, aperture frame member **210** and gel layer **705** is then moved into position below head **940** of the vacuum press. The head **940** of the vacuum press then swings downward such that base sheet **920** contacts gel layer **705** and aperture frame member **210**, as per block **2555**. The vacuum is released in head **940** and head **940** swings upward leaving base sheet member **920** atop gel layer **705** and vertically aligned with support sheet **205** below, as per block **2560**. In other words, base sheet **920** is registered with respect to support sheet **205** when base sheet **920** is deposited on gel layer **705** by vacuum press **935**.

The frame/mat structure formed by base sheet **920**, support sheet **205**, gel layer **705** and the frame members is then moved into pre-cooler **1305** to reduce the temperature of the frame/mat structure, as per block **2565**. The frame/mat structure is then moved along the assembly line to main cooler **1405** to further reduce the temperature of the frame/mat structure, as per block **2570**. At the main cooler, a cold plate contacts the frame/mat structure. First, the cold plate applies pressure to one end of the frame/mat structure. The cold plate then applies pressure across the frame/mat structure until reaching the opposite end of the frame/mat structure, as per block **2575**. After cooling, the frame/mat structure is removed from main cooler **1405**, as per block **2580**. Next, screws **305** are removed to allow the opening of aperture frame member **210**, as per block **2585**. The uncut mat is then removed from the frame, as per block **2590**. Vinyl strips **1505** are then applied around the periphery of the uncut mat between support sheet **205** and base sheet **920**, as per block **2591**. Vinyl strips **1505** are positioned adjacent the outermost portion of gel layer **705** near the periphery of the uncut mat.

The uncut mat with vinyl strips **1505** is then placed in lower jig **1700**, as per block **2592**. Next, upper jig **1905** is positioned above the uncut mat and lower jig **1700** in preparation for RF welding, as per block **2593**. The jig containing the uncut mat is then moved to RF welder **2105**, as per block **2594**. RF welder **2150** then conducts an RF welding operation that melts the adhesive strips **1505** thus causing support sheet **205** and base sheet **920** to adhere to one another, as per block **2595**. The welded but still uncut mat is then removed from RF welder **2150**, as per block **2596**. Next, the mat is cut in the welded region to trim away superfluous edge material, as per block **2597**. The mat is now complete and the fabrication process ends at end block **2598**.

Gel layer **705** provides a very pleasing feel when the user steps on the fully assembled mat. This is especially true when the user steps on the mat without wearing shoes. In one embodiment, the durometer or softness of gel layer **705** should be sufficiently high that it is comfortable for the user to step on the mat and yet sufficiently firm that the user is stable when standing on the mat. Stability here refers to the avoidance of undue lateral motion when standing on the mat. Thus, in one embodiment, the durometer of gel layer **705** is selected to be 50 on the Shore A scale with a tolerance of approximately minus 5 and approximately plus 2. Durometers greater or less than this range can also be used depending on the particular user application. In one embodiment, gel layer **705** may be formed of any synthetic rubber material that includes thermoplastic rubber and mineral oil provided that the durometer of gel layer **205** is as described above. Gel may be stored in semi-solid form prior to placement in heater **610** of FIG. **6**. In one embodiment, heater **610** provides heated liquid

US 7,754,127 B2

11

12

gel to assembly **300**. Gel is provided to assembly **310** in liquid form so that the gel can take the form of gel receiving cavity **310** while the mat is being fabricated.

In one embodiment shown in FIG. **26**A, a buffer layer **2605** of polyurethane is sprayed or otherwise applied to the inner side of support sheet **205** that faces gel layer **705**. Another buffer layer **2610** is similarly applied to the inner side of base sheet **920** that faces gel layer **705**. In actual practice, buffer layers **2605** and **2610** are applied to support sheet **205** and base sheet **920** prior to placing these sheets in the frame assembly. Buffer layers **2605** and **2610** perform one or both of the following two functions. Buffer layers **2605** and **2610** prevent mineral oil in gel layer **705** from undesirably migrating from gel layer **705** through the base sheet or support sheet to the exterior of the mat. Buffer layers **2605** and **2610** may also allow gel layer **705** to move within the mat so that, when the mat is rolled up and then later unrolled, a smoother mat is achieved. FIG. **26**B shows the same buffer layers **2605** and **2610** in the embodiment of the mat wherein the outer edge of support sheet **205** and base sheet **920** are directly RF welded to one another without the use of intermediate vinyl strips **1505**.

While FIG. **26**A shows a cross section of the completed mat **2600** in the inverted orientation in which the mat was fabricated, FIG. **26**C shows the same mat **2600** that has been rotated 180 degrees to the normal use orientation. In the normal user orientation, base sheet **920** is on the bottom of the mat and support sheet **205** is on the top side of the mat. Angled surface **205**A of support sheet **205** provides the anti-trip feature mentioned above. The angling of surface **205**A makes it less likely that a user will trip on an edge of the mat than if the edge of the mat were perpendicular.

In an alternative embodiment, rather than spraying or applying buffer layers **2605** and **2610** as described above, an intermediate sheet or buffer sheet **2705** is positioned on gel layer **705** prior to installation of base sheet **920** on the mat. For example, rather than using press **940** to position base sheet **920** on liquid gel layer **705**, press **940** may position a buffer sheet **2705** on gel layer **705** to form the partially assembled mat **2700** depicted in FIG. **27**A. In one embodiment, buffer sheet **2705** covers gel layer **705**, but does not extend into the margin **2710** adjacent the peripheral edge of the mat. Buffer sheet **2705** is fabricated from a material that slides easily with low friction with respect to base sheet **920** that is placed on buffer sheet **2705** in a subsequent step. However, prior to placement of base sheet **920** on the mat assembly, a cold plate cooler **2715** may be placed on the mat assembly as shown in FIG. **27**B to cool and remove heat from the mat assembly. Cold plate cooler **2715** may include cooling channels **2720** in which a convective gas coolant such as air or a liquid coolant such as alcohol flows. After cooling the mat assembly to the ambient or room temperature, for example approximately 75° F., the cold plate **2715** is removed from the mat assembly.

FIG. **27**C shows mat assembly **2700** after base sheet **920** is situated thereon. Base sheet **920** may be attached to support sheet **205** at margin **2710** directly by RF welding in a manner similar to that depicted in FIG. **26**B as discussed above or indirectly via a vinyl strip as shown in FIG. **26**A. Alternatively, the peripheral edge of support sheet **205** may be adhesively coupled to the peripheral edge of base sheet **920** at margin **2710**. In yet another embodiment, the peripheral edge of support sheet **205** may be sewn or stitched to the peripheral edge of base sheet **920** at margin **2710** to connect the two sheets together. As depicted in FIG. **27**C, the mat assembly is still in the inverted position rather that the orientation that the user actually employs.

FIG. **27**D shows another embodiment of the mat assembly wherein a sewn peripheral edge holds support sheet **205** and base sheet **920** together to form mat assembly **2750**. In this particular sewn embodiment, a wraparound flap **2725** is positioned at the outer edge of mat assembly **2750** as shown in FIG. **27**D. The mat assembly is then sewn or stitched at margin **2710** through upper flap **2725**A, base sheet **920**, support sheet **205** and lower flap **2725**B to hold the assembly together.

As mentioned above, buffer sheet **2705** is fabricated from a material that slides with respect to base sheet **920** that is placed on buffer sheet **2705**. However, buffer sheet **2705** adheres to gel layer **705**. One material that is suitable for buffer sheet **2705** is a fabric such as a cotton or Nylon sheet, for example. Such a material adheres to the gel but allows the base sheet **920** to move with respect to buffer sheet **2705** and the gel layer **705** attached to buffer sheet **2705**. A pocket of air (not shown) may exist between buffer sheet **2705** and base sheet **920**.

By allowing base sheet **920** to move with relatively low friction with respect to gel layer **705**, buffer sheet **2705** may prevent wrinkling of the mat assembly when the mat assembly is rolled up for shipment and then unrolled for actual use. Buffer sheet **2705** may also form a barrier that reduces migration of liquid contained in gel layer **705**. For example, if gel layer **705** contains any oils that may separate from the gel over time, then buffer sheet **2705** acts as a barrier that stops or reduces the flow of such liquids to the base sheet **920** of the mat.

Positioning buffer sheet **2705** on gel layer **705** as shown in FIG. **27**A and FIG. **27**B, allows cold plate **2715** to quickly draw heat out of the heated gel layer **705**. This speeds up the manufacturing process. Moreover, buffer sheet **2705** prevents cold plate **2715** from sticking to gel layer **705** which could otherwise damage the mat assembly. In one embodiment, cold plate **2715** is applied to the mat assembly of FIG. **27**B immediately after application of buffer sheet **2705** to gel layer **705** to remove heat therefrom prior to installing base sheet **920** on the mat assembly. In one embodiment, when heat is so removed from the mat assembly, the previously liquid gel layer **705** becomes semi-solid.

As described above with respect to FIG. **27**C, RF welding may be employed to hold mat **2700** together at margin **2710**. More particularly, RF welding forms a weld that bonds support sheet **205** to base sheet **920** at margin **2710**. One RF welding apparatus that may be used to weld these components together is lower jig **1700** of FIGS. **17**A, **17**B and upper jig **1905** of FIGS. **19**A, **19**B. FIG. **27**E-FIG. **27**F, taken together, show an alternative jig for RF welding support sheet **205** to base sheet **920** in the embodiment that includes buffer sheet **2705**. More particularly, FIG. **27**E shows mat assembly **2700** situated in lower jig **1700**, namely the same lower jig depicted in FIGS. **17**A, **17**B. However, FIG. **27**F shows mat assembly **2700** with a different upper jig **2760** than upper jig **1905** of FIGS. **19**A, **19**B. Whereas upper jig **1905** includes protrusions **1910** to help direct the RF energy employed in the RF welding process, upper jig **2760** of FIG. **27**F exhibits a flat surface **2760**A that contacts support sheet **920**. When upper jig **2760** is moved and pressed into contact with mat assembly **2700**, the flat surface **2760**A helps reduce wrinkling in the mat. The raised portions **1705** of lower jig **1700** assure that the RF welding energy flows through support sheet **205** and base sheet **920** at margin **2710** to form the RF weld at that location as desired.

A methodology for fabricating a resilient mat is thus disclosed in the above description. The fabricated mat is typically comfortable on which to stand or otherwise use to sup-

US 7,754,127 B2

13

14

port a part of the body. It should be understood that the steps in the described method need not necessarily be performed in the order described.

Modifications and alternative embodiments of this invention will be apparent to those skilled in the art in view of this description of the invention. Accordingly, this description teaches those skilled in the art the manner of carrying out the invention and is to be construed as illustrative only. The forms of the invention shown and described constitute the present embodiments. Persons skilled in the art may make various changes in the shape, size and arrangement of parts. For example, persons skilled in the art may substitute equivalent elements for the elements illustrated and described here. Moreover, persons skilled in the art after having the benefit of this description of the invention may use certain features of the invention independently of the use of other features, without departing from the scope of the invention.

What is claimed is:

1. A method of fabricating an anti-fatigue mat comprising:
providing first and second frame members, the second frame member including an aperture for receiving liquid gel therein;
positioning the second frame member in an open position that is spaced apart with respect to the first frame member so that the first frame member and second frame member may receive a first flexible sheet therebetween;
positioning the first flexible sheet on the first frame member while the first and second frame members are in the open position;
moving the second frame member to a closed position such that the first flexible sheet is captured between the second frame member and the first frame member, the aperture of the second frame member exposing a portion of the first flexible sheet;
dispensing the liquid gel into the aperture in the second frame member so that the liquid gel covers the portion of the first flexible sheet exposed by the aperture; and
positioning a second flexible sheet covering the gel.

2. The method of claim 1, wherein the liquid gel is formed by heating semi-solid gel to become liquid gel prior to the dispensing step.

3. The method of claim 1, wherein the moving the second frame member step comprises rotating the second frame member with respect to the first frame member.

4. The method of claim 1, wherein the positioning the second flexible sheet step comprises:
capturing, by a head of a vacuum press, the second flexible sheet;
moving the head of the vacuum press to bring the second flexible sheet in contact with the liquid gel;
depositing, by the vacuum press, the second flexible sheet on the liquid gel.

5. The method of claim 4, wherein the second flexible sheet is substantially aligned with respect to the first flexible sheet.

6. The method of claim 1, wherein the second flexible sheet includes first and second opposed ends and a lengthwise dimension therebetween, the step of positioning the second flexible sheet further comprising:
positioning the first end of the second flexible sheet on the liquid gel and then proceeding along the lengthwise dimension of the second flexible sheet to position the second flexible sheet on the liquid gel until the second end of the second flexible sheet is fully positioned on the liquid gel.

7. The method of claim 1, further comprising cooling the first frame member, the second frame member, the first flexible sheet, the second flexible sheet and the liquid gel to solidify the liquid gel.

8. The method of claim 7, wherein the cooling step comprises convectively cooling the liquid gel by supplying air to at least one air channel formed between the first frame member and a third frame member that is spaced apart from the first frame member.

9. The method of claim 7, wherein the cooling step comprises liquid cooling the liquid gel by supplying a liquid coolant to at least one coolant channel formed between the first frame member and a third frame member spaced apart from the first frame member.

10. The method of claim 7, wherein the cooling step comprises applying a cold plate to the second flexible sheet to cool the second flexible sheet, the liquid gel and the first flexible sheet.

11. The method of claim 10, wherein the applying a cold plate step is performed by pressing the cold plate toward the second flexible sheet.

12. The method of claim 1, further comprising attaching the first flexible sheet to the second flexible sheet adjacent an outer edge of the first flexible sheet and an outer edge of the second flexible sheet.

13. The method of claim 12, wherein the attaching step comprises one of RF welding the first flexible sheet to the second flexible sheet adjacent an outer edge thereof, adhesively attaching the first flexible sheet to the second flexible sheet adjacent an outer edge thereof, and sewing the first flexible sheet to the second flexible sheet adjacent an outer edge thereof.

14. The method of claim 12, further comprising cutting the first and second flexible sheets adjacent the outer edges of the first and second flexible sheets.

15. The method of claim 1, wherein the first and second frame members, the first and second flexible sheets, and the aperture in the second frame member exhibit one of rectangular, square, circular or elliptical geometries.

16. A method of fabricating an anti-fatigue mat comprising:
providing first and second frame members, the second frame member including an aperture for receiving liquid gel therein;
positioning the second frame member in an open position that is spaced apart with respect to the first frame member so that the first frame member and second frame member may receive a first flexible sheet therebetween;
positioning the first flexible sheet on the first frame member while the first and second frame members are in the open position;
moving the second frame member to a closed position such that the first flexible sheet is captured between the second frame member and the first frame member, the aperture of the second frame member exposing a portion of the first flexible sheet;
dispensing the liquid gel into the aperture in the second frame member to form a gel layer that the gel covers the portion of the first flexible sheet exposed by the aperture;
positioning a flexible buffer sheet covering the gel layer in the aperture and
positioning a second flexible sheet covering the flexible buffer sheet.

17. The method of claim 16, wherein the liquid gel is formed by heating semi-solid gel to become liquid gel prior to the dispensing step.

US 7,754,127 B2

<table>
<tr><td>15</td><td>16</td></tr>
</table>

**18**. The method of claim **16**, wherein the moving the second frame member step comprises rotating the second frame member with respect to the first frame member.

**19**. The method of claim **16**, wherein the second flexible sheet is substantially aligned with respect to the first flexible sheet.

**20**. The method of claim **16**, wherein the flexible buffer sheet adheres to the gel layer and performs at least one of preventing liquid migration from the gel layer to the second flexible sheet and allowing the gel layer to move within the mat such that the gel layer and flexible buffer sheet may move with respect to the second flexible sheet.

**21**. The method of claim **16**, further comprising attaching the first flexible sheet to the second flexible sheet adjacent an outer edge of the first flexible sheet and an outer edge of the second flexible sheet.

**22**. The method of claim **16**, wherein the attaching step comprises one of RF welding the first flexible sheet to the second flexible sheet adjacent an outer edge thereof, adhesively attaching the first flexible sheet to the second flexible sheet adjacent an outer edge thereof, and sewing the first flexible sheet to the second flexible sheet adjacent an outer edge thereof.

\* \* \* \* \*